UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>        Plaintiff,<br><br>    v.<br><br>M&S GREEN-POWER ENERGY, INC., et al.,<br><br>        Defendants. | No. 2:18-cv-03234-JAM-AC<br><br><br><br>ORDER |

    The court is in receipt of plaintiff's motion to participate in electronic filing pursuant to Local Rule 133(b)(3). ECF No. 4. The court has reviewed the filing and, upon finding good cause, GRANTS plaintiff's motion. The Clerk of Court is hereby ordered to make the necessary arrangements to allow plaintiff to participate in electronic filing for this case.

    IT IS SO ORDERED.

DATED: January 15, 2019

                                                          ALLISON CLAIRE<br>                                                          UNITED STATES MAGISTRATE JUDGE