1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MARK AUSSIEKER,                              No.  2:18-cv-03234-JAM-AC

12                Plaintiff,

13        v.                                     ORDER

14  M&S GREEN-POWER ENERGY, INC.,
    et al.,
15
                  Defendants.
16

17

18        Plaintiff, who is proceeding pro se in this case, filed a motion for default judgment.  ECF

19  No. 15.  The matter was accordingly referred to the undersigned by Local Rule 302(c)(19), (21).

20  A hearing on the motion was scheduled for May 8, 2019.  Defendants have not responded to the

21  motion.

22        Local Rule 230(c) provides that opposition to the granting of a motion must be filed

23  fourteen days preceding the noticed hearing date.  The Local Rule further provides that "[n]o

24  party will be entitled to be heard in opposition to a motion at oral arguments if written opposition

25  to the motion has not been timely filed by that party."  In addition, Local Rule 230(j) provides

26  that failure to appear may be deemed withdrawal of opposition to the motion or may result in

27  sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be

28  ////

grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of May 8, 2019 is CONTINUED to May 15, 2019, at 10:00 a.m. in Courtroom No. 26; and

2. Defendants shall file an Opposition – or a Statement of Non-Opposition – to the motion, no later than May 1, 2019.  Failure to file an opposition or to appear at the hearing will be deemed a statement of non-opposition.

DATED: April 26, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE