Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

***in pro per***

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,MARK AUSSIEKER<br><br>Plaintiff,<br><br>v.<br><br>M&S GREEN-POWER ENERGY, INC, SHIRAN PILO and CALIFORNIA ENERGY REBATE PROGRAM, FERMAIN FLORES<br>.Defendant. | Case   **2:18-cv-03234-JAM-AC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(i), I voluntarily dismiss:

⊗ THE ENTIRE CASE

Such dismissal shall be without prejudice, and to convert to prejudice on December 20th, 2019, after Defendants have made a sixth and final payment to satisfy the terms of the dismissal. each side to bear its own costs and fees.

Dated: 6-14-19

MARK AUSSIEKER

*/s/ Mark Aussieker*

1

# CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

Filed by mail with United States District Court 6/14/19____, with a copy emailed to:

*Emailed to :*

    Efrat Levy esqefy@yahoo.com

with a copy mailed to:
M&S GREEN-POWER ENERGY, INC, SHIRAN PILO and CALIFORNIA ENERGY REBATE PROGRAM, FERMAIN FLORES 18750 Oxnard St, Unit 403. Trazana, CA 91356

6-14-19

*(signature)*
MARK Aussicher